

## CHRIS DANIEL    <span style="color:red">01-15-00402-CR</span>

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 3:54:47 PM
CHRISTOPHER A. PRINE
Clerk

April 24, 2015

BIRSHAL DION MITCHEL
PRO SE
TDCJ #00630503
3001 SOUTH EMILY DRIVE
BEEVILLE, TX 78102

Defendant's Name:  BIRSHAL DION MITHCELL

Cause No:  586939

Court:  337 DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Defendant's <u>Notice of Appeal</u> on motion only- filed date:  4/14/15  Ruling Made:
3/11/15 DENIED
Court of Appeals Assignment:  First  Court of Appeals
Appeal Attorney of Record:  PRO SE**

Sincerely,

S. NORRIS

S.NORRIS
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County,  Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O.Box 4651  Houston, Texas 77210-4651

CAUSE NO. 586939

BIRSHAL MITCHELL § IN THE 337th JUDICIAL DISTRICT
§
v. § COURT OF
§
THE STATE OF TEXAS § HARRIS COUNTY, TEXAS

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BIRSHAL MITCHELL, Defendant Pro Se, in the Above Styled and Numbered Cause, and wishes to offer this NOTICE OF APPEAL to the Court giving timely notice of the Defendant's intentions to appeal the decision of this Court concerning the NUNC PRO TUNC Motion/Petition that was filed with this Court on or about the 23rd of March, 2015.

Submitted and Executed on this, the 9th day of April, 2015.

Respectfully Submitted,

Birshal Mitchell, TDCJ-CID #630503
William G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102



 

**Cause No. 586939**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 337 DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| Mitchell, Birshall , Defendant | HARRIS COUNTY, TEXAS |

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*] *(As to Nunc proTunc)*

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_Renee Magee_
Judge

_4-21-15_
Date Signed

FILED
Chris Daniel
District Clerk
Time: _____
APR 21 2015
By _____
Harris County, Texas
Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

| | |
|---|---|
| Defendant _____ | Defendant's Counsel _____ |
| Mailing Address: _____ | State Bar of Texas ID number: _____ |
| Telephone number: _____ | Mailing Address: _____ |
| Fax number (if any): _____ | Telephone number: _____ |
| | Fax number (if any): _____ |

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1st

On a Motion

Court 332    ~~5-10-15~~ 6-13-15    Cause No. ~~586939~~

The State of Texas
Vs
Birshal Mitchell

3-11-15
**Date Notice Of Appeal:** 4-14-15

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Renee Magee

**Court Reporter**_____

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial**_____

**Attorney on Appeal** Prose

Appointed_____ Hired_____

**Offense** Agg Robbery Deadly Weapon

**Jury Trial**    Yes_____ No ✓

**Punishment Assessed** 20 years TDC

**Companion Cases (If Known)**_____

**Amount of Appeal Bond** NO Bond

**Appellant Confined:**    Yes____ No____    977

**Date Submitted To Appeal Section**_____

**Deputy Clerk**_____